AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2023

SEAN F. McAVOY, CLERK

JOSHUA SLATER, an individual, )
*Plaintiff* )
v. )   Civil Action No.   4:22-CV-5052-TOR
)
STATE OF WASHINGTON, )
DEPARTMENT OF CORRECTIONS, )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Plaintiff, Joshua Slater, shall recover from the Defendant, State of Washington, Department of Corrections, the amount of $51,000.00 with interest accruing according to 28 U.S.C. § 1961 at the rate of 4.53%.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE

on the parties' Offer of Judgment and Acceptance of Offer of Judgment. ECF Nos. 17-1 and 17.

Date:  April 11, 2023

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry